IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLENDORA,

    Plaintiff,

vs.                                                             Civ. No. 00-1695 JP/LCS

JACKIE SELLERS, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

On November 5, 2001, the Plaintiff filed a Motion for Order to Show Cause (Doc. No. 79). Having reviewed the Plaintiff's Motion for Order to Show Cause, the Court finds that it should be denied.

The Plaintiff complains that the Gamma Defendants have improperly denied her access to editing facilities and improperly stopped the broadcasting of "A Chat with Glendora" in Yonkers, Yorktown, New Rochelle and Harrison/Port Chester, New York. Although the Motion for Order to Show Cause is directed to the Gamma Defendants as a group generally, the motion specifically attacks the actions by Defendants Charles and James Dolan, Maryce Cunningham, Charles Forma, Brenda Cherry, and Cablevision Systems Corporation. These Defendants have since been dismissed from the lawsuit. Consequently, the Plaintiff's Motion for Order to Show Cause is moot.

IT IS ORDERED that Plaintiff filed a Motion for Order to Show Cause (Doc. No. 79) is denied.

                                                                                   */s/ James A. Parker*

                                                        CHIEF UNITED STATES DISTRICT JUDGE