IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLENDORA,

    Plaintiff,

vs.                                                   Civ. No. 00-1695 JP/LCS

JACKIE SELLERS, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

On January 8, 2002, the Court entered an Order to Show Cause (Doc. No. 88) requiring the Plaintiff to file a written response showing why venue is proper in the District of New Mexico with respect to the BCAT Defendants (Brooklyn Community Access Television, Onida Coward Mayers, Marilyn Jackson, Domingo Martin, Omar Malik, and Neicole Gourdine), Defendant Dianne Bennett, and Defendant Amy Van Horn and why the District of New Mexico has personal jurisdiction over those Defendants. The Plaintiff filed a response to the Order to Show Cause on January 24, 2002. In her response, the Plaintiff agrees to voluntarily dismiss Defendant Amy Van Horn. *See* Fed. R. Civ. P. 41(a)(1). The Plaintiff, however, fails to show why venue is proper in New Mexico as to the BCAT Defendants and Defendant Bennett. The Plaintiff also fails to show why the District of New Mexico has personal jurisdiction over the BCAT Defendants and Defendant Bennett. Moreover, the BCAT Defendants and Defendant Bennett have not indicated that they consent to be being sued in the District of New Mexico.

IT IS ORDERED that the Court will dismiss the Plaintiff's claims against the BCAT Defendants, Defendant Bennett, and Defendant Van Horn without prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE